UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDRE JOHNSON                                           CIVIL ACTION

VERSUS

LUKE RHEAMS, ET AL.                                     NO. 20-00814-BAJ-RLB

RULING AND ORDER

On February 14, 2022, the Magistrate Judge issued a **Report And Recommendation (Doc. 9, the "R&R")** recommending that this Court decline the exercise of supplemental jurisdiction over any potential state law claims, and that this action be dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. Plaintiff objects to the R&R. (Doc. 10).

Having carefully considered Plaintiff's Complaint (Doc. 1), First Amended Complaint (Doc. 3), Second Amended Complaint (Doc. 8), and Objection to the R&R (Doc. 10), the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that this action be dismissed, **WITH PREJUDICE**, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, this 7th day of October, 2022

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**